IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 12-634-2 |
| | : | |
| BALDWIN CENTENO | : | |

# **ORDER**

AND NOW, this 19th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant Baldwin Centeno's Motion to Suppress Out-of-Court and In-Court Identifications (Document 45) is GRANTED in part and DENIED in part.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.